# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON


FATE BURNETT, II,

                    Petitioner,            :    Case No. 3:19-cv-315

    - vs -                               District Judge Thomas M. Rose
                                              Magistrate Judge Michael R. Merz


WARDEN, London Correctional Institution,

                                     :
                    Respondent.

---

# RECOMMITAL ORDER

---

This case is before the Court on Petitioner's Objections (ECF No. 5) to the Magistrate Judge's Report and Recommendations (ECF No. 4).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

October 23, 2019                                      \*s/Thomas M. Rose

                                                    _____
                                                     Thomas M. Rose
                                          United States District Judge