UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FATE BURNETT II, | : | |
| Petitioner, | : | Case No. 3:19-cv-315 |
| v. | : | Judge Thomas M. Rose |
| NORMAN ROBINSON, Warden, London Correctional Institution, | : | |
| Respondent. | : | |

---

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOCS. 5, 8, 11); ADOPTING REPORT AND RECOMMENDATIONS (DOC. 4), SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. 7), AND SECOND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. 10); DISMISSING WITH PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS (DOC. 3); AND, TERMINATING CASE**

---

This habeas corpus action is before the Court on the Objections (Docs. 5, 8, 11) filed by Petitioner Fate Burnett II ("Petitioner") to the Report and Recommendations (Doc. 4) ("Report"), the Supplemental Report and Recommendations (Doc. 7) ("Supplemental Report"), and the Second Supplemental Report and Recommendations (Doc. 10) ("Second Supplemental Report"). In the Report, Supplemental Report, and Second Supplemental Report, Magistrate Judge Michael R. Merz concluded and recommended that this Court dismiss with prejudice Petitioner's Petition for Writ of Habeas Corpus (brought *pro se* by Petitioner pursuant to 28 U.S.C. § 2254) (Doc. 3). Petitioner objected to each of the Report, Supplemental Report, and Second Supplemental Report. (Docs. 5, 8, 11.) The matter is ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court

1

has made a *de novo* review of the record in this case. Upon said review, the Court finds that Petitioner's Objections (Docs. 5, 8, 11) are not well-taken and they are hereby **OVERRULED**. The Court **ADOPTS** the Report (Doc. 4), Supplemental Report (Doc. 7), and Second Supplemental Report (Doc. 10) in their entirety and rules as follows:

1. The Petition (Doc. 3) is **DISMISSED WITH PREJUDICE**;

2. As reasonable jurists would not disagree with this conclusion, Petitioner is **DENIED** a certificate of appealability;

3. The Court **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*; and

4. The Clerk is ordered to **TERMINATE** this case on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, January 13, 2020.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE